IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL JACKSON, § | |
| § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | No. 3:14-cv-3695-N |
| DEUTSCHE BANK NATIONAL § | |
| TRUST COMPANY, AS TRUSTEE § | |
| FOR QUEST TRUST 2005-X1 AND § | |
| AH4F-TX, LLC, A DELAWARE § | |
| LIMITED LIABILITY COMPANY, | |
| | |
| Defendants. | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 16, 2015, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 26th day of May, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE